# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG KORSAKOV, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a foreign insurance company,<br><br>　　　　　Defendant. | Case No. 2:20-cv-04579-VAP-SK<br><br>Assigned to<br>District Judge Virginia A. Phillips and Magistrate Steve Kim<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE STEVE KIM]** |

The Court has received and considered Plaintiff Oleg Korsakov and Defendant United Financial Casualty Company's (collectively, the "Parties") Stipulated Protective Order. Pursuant to the parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order is approved and shall be the Order of the Court.

**IT IS SO ORDERED**

DATED: February 9, 2021

By: _____
Honorable Steve Kim
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5-3.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street Forty-Second Floor, Los Angeles, CA 90071.

On the date indicated below, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, February 9, 2021, at Los Angeles, CA. I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By  */s/Erika Ortiz*
**Erika Ortiz**